Argued June 28, reversed and remanded October 3, 1922.

SMITH *v.* OREGON SCENIC TRIPS CO. ET AL.

(209 Pac. 486.)

From Clatsop: JAMES A. EAKIN, Judge.

REVERSED AND REMANDED.

Department 1.

For appellant there was a brief over the names of *Mr. M. B. Meacham* and *Messrs. Norblad & Hesse,* with an oral argument by *Mr. Meacham.*

For respondent there was a brief and oral argument by *Mr. Edward C. Judd.*

BURNETT, C. J.—This case is identical in principle with *McCann* v. *Oregon Scenic Trips Co., ante,* p. 213 (209 Pac. 483), this day decided, and which governs here. Accordingly, the decree of the Circuit Court is reversed and the cause remanded for further proceedings.     REVERSED AND REMANDED.

McBRIDE, HARRIS and RAND, JJ., concur.